IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

vs.                                      CASE NO. 5:11cv153/RS-CJK

TRANQUIL HARBOUR HOLDINGS,
LLC; BEACH COMMUNITY BANK;
and GULF COAST COMMUNITY
BANK,

    Defendants.
_____/

## ORDER

Defendant Beach Community Bank's Motion To Dismiss (Doc. 5) is **denied**.

**ORDERED** on July 14, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**