IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

vs.                                          CASE NO. 5:11cv153/RS-CJK

TRANQUIL HARBOUR HOLDINGS,
LLC; BEACH COMMUNITY BANK;
and GULF COAST COMMUNITY
BANK,

    Defendants.
_____/

## ORDER

Defendant Tranquil Harbour Holdings, LLC's Motion To Dismiss Complaint Or In The Alternative Motion To Stay Proceeding (Doc. 6) is **denied**.

**ORDERED** on July 14, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**